FRED ANDERSON *v.* COMMISSIONER OF
CORRECTION
(AC 26439)

Flynn, C. J., and Schaller and Peters, Js.

Argued March 20—officially released April 25, 2006

Per Curiam. The judgment is affirmed.

RICHARD ALTER *v.* DONALD W. CELOTTO, JR.
(AC 26576)

Bishop, DiPentima and Foti, Js.

Argued March 27—officially released April 25, 2006

Per Curiam. The judgment is affirmed.

KARL PAUL *v.* COMMISSIONER OF CORRECTION
(AC 25760)

McLachlan, Harper and Dupont, Js.

Submitted on briefs March 31—officially released April 25, 2006

Per Curiam. The appeal is dismissed.